UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
OCT 0 2 2013
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

IN THE MATTER OF THE       )
                           )   CAUSE NO. 1:13-mj-00733
SEARCH WARRANT             )
                           )

### APPEARANCE

Comes now, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, by MaryAnn T. Mindrum, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

By: _____
MaryAnn T. Mindrum
Assistant United States Attorney